# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160067(61)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

EESAM ARABBO,
             Plaintiff-Appellant,

v

SC: 160067
COA: 341713
Genesee CC: 2016-107043-CZ

CITY OF BURTON, PAULA ZELENKO,
STEPHEN HEFFNER, THOMAS
MARTINBIANCO, and MICHAEL JOLIAT,
             Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer is GRANTED. The answer will be accepted as timely filed if submitted on or before September 30, 2019.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2019             

                                               Clerk